■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY BROWN, Also Known as TIMOTHY BROWNING, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Richmond County (Kuffner, J.), both rendered February 24, 1987, convicting him of burglary in the first degree under indictment No. 329/86, and robbery in the first degree under indictment No. 342/86, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Lawrence, Kooper, Spatt and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY BUTLER, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Colabella, J.), rendered January 29, 1988, convicting him of murder in the second degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the factual recitation during the plea allocution was not sufficiently inculpatory is not preserved for appellate review *(cf., People v Riley,* 120 AD2d 752) and is, in any event, without merit. The defendant unequivocally acknowledged that he strangled one victim and stabbed and choked the other with intent to cause each victim's death. Also without merit are the defendant's contentions that the court was without authority to impose consecutive sentences and that the sentences so imposed were excessive *(see,* Penal Law § 70.25; *People v Brathwaite,* 63 NY2d 839; *People v Kazepis,* 101 AD2d 816). Mollen, P. J., Lawrence, Kooper, Spatt and Harwood, JJ., concur.